# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stephen L. Paoli,                                       Civil No. 09-3403 (DWF/JSM)

           Plaintiff,

v.                                                 **ORDER ADOPTING REPORT AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of Social Security,

           Defendant.

---

Stephen L. Paoli, *Pro Se*, Plaintiff.

---

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 28, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 23, 2010          s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge